UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     *Plaintiff,*<br> v.<br>TROY D. HALL,<br>     *Defendant.* | Case No. 4:04-CR-00084-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

Before the Court is Defendant Troy D. Hall's Motion for Early Termination of Supervised Release. Dkt. 108. For the reasons that follow, Mr. Hall's motion is **GRANTED**.

Because Mr. Hall has served more than a year of supervised release, the Court may terminate supervised release if it determines that "that such action is warranted by the conduct of the defendant [to be] released and [is in] the interest of justice." 18 U.S.C. § 3583(e)(1). To make this determination, the Court must consider the factors set forth in 18 U.S.C. § 3553(a), including:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) deterrence; (3) protection of the public; (4) the need to provide the defendant with educational, vocational training, medical care or other rehabilitation; (5) the sentence and sentencing range established for the category of defendant; (6) any pertinent policy statement by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense.

*See* 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), (a)(7). The United State Probation Service supports Mr. Hall's motion. Dkt. 108-1. The United States opposes the motion because Mr. Hall has only served two of the ten years of supervised release. Dkt. 110.

The Court, having considered the § 3553(a) factors, finds that early termination of Mr. Hall's supervised release is warranted by his conduct and is in the interest of justice. *See* § 3583(e)(1). Mr. Hall served a ten-year prison sentence, during which he completed the RDAP program and obtained his GED. Dkt. 108-3. After his release, Mr. Hall reestablished relationships with his family, Dkt. 108-5, 6, and has consistently held a job at Gem State Manufacturing, Dkt. 108-4. In light of Mr. Hall's performance over the last two years, the United States Probation Office supports Mr. Hall's request for early termination. Dkt. 108-1. The Government offers only pro-forma opposition to Mr. Hall's motion and fails to account for the ten years of incarceration that Mr. Hall served prior to the period of supervised release. Dkt. 110. Weighing the § 3553(a) factors, the Court concludes that the public interest is no longer served by expending taxpayer funds—even at a reduced level—to monitor Mr. Hall's activities. It is in the interest of justice to terminate Mr. Hall's supervised release. *See* § 3583(e)(1).

      **IT IS ORDERED that:**

1. Defendant Troy D. Hall's Motion for Early Termination of Supervise Release, Dkt. 108, is **GRANTED**.

DATED: August 12, 2020

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION & ORDER** - 3